USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2019

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                  FAX (212) 964-2926

November 25, 2019

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: United States v. Andrew Eliopoulos
19 Cr. 651 (LTS)

Your Honor:

    I write to request that the Court approve a temporary modification of Andrew Eliopoulos' bond, so that he may travel to Pennsylvania, with his family to join relatives on Thanksgiving. Mr. Eliopoulos expects to go to and return from Pennsylvania within a twenty four hour period, he does not plan to stay overnight. If the Court approves the request, Mr. Eliopoulos will consult with his pretrial officer about the specifics of his trip.
    The government, by Samuel Rothschild, Esq., and Mr. Eliopoulos' Pretrial Officer, Marlon Ovalle, consent to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The request is granted.
SO ORDERED:

_____
Hon. Laura Taylor Swain