**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                   FAX (212) 964-2926

August 24, 2020

Hon. Laura Taylor Swain
United States District Court                              **MEMO ENDORSED**
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Andrew Eliopoulos
19 Cr. 651 (LTS)

Your Honor:

    I write to request that the Court approve a temporary modification of Andrew Eliopoulos' bond, so that he may travel to Pennsylvania, to join relatives for two family events: on August 29, 2020 and September 19, 2020.  On each of those days, Mr. Eliopoulos expects to go to and return from Pennsylvania within a twenty four hour period, rather than stay overnight. If the Court approves the request, Mr. Eliopoulos will consult with his pretrial officer about the specifics of each trip.
    Neither the government, by Samuel Rothschild, Esq., nor Mr. Eliopoulos' Pretrial Officer Dominique Jackson objects to this application. Therefore, I request that the Court permit Mr. Eliopoulos to make day trips to Pennsylvania on August 29, 2020 and September 19, 2020.

> Respectfully,
>
> *Lisa Scolari*
>
> Lisa Scolari

> The requested modification is granted.
> DE#322 resolved.
> SO ORDERED.
> /s/ Laura Taylor Swain, USDJ
> August 24, 2020