**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                    FAX (212) 964-2926

March 9, 2021

Hon. Laura Taylor Swain
United States District Court                                **MEMO ENDORSED**
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Andrew Eliopoulos
19 Cr. 651 (LTS)

Your Honor:

     I write to request that the Court approve a temporary modification of Andrew Eliopoulos' bond, so that he may travel to South Carolina to work on his cousin's home there. If permitted to go, he will drive, leaving New York on March 26, 2021 and returning on April 2, 2021. He will provide his pretrial officer with the particulars of his trip and where he will be staying.

     Neither the government, by Samuel Rothschild, Esq., nor Mr. Eliopoulos' Pretrial Officer Dominique Jackson takes a position on this request. Officer Jackson confirmed that Mr. Eliopoulos has been compliant with his pretrial conditions. As there is no objection to this application, I request that the Court permit Mr. Eliopoulos to drive to the District of South Carolina on March 26, 2021 and return to New York on April 2, 2021.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The request is granted.  DE#528 resolved.
SO ORDERED:

/s/ Laura Taylor Swain 3/9/2021
―――――――――――――――
Hon. Laura Taylor Swain