**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                            FAX (212) 964-2926

July 13, 2021

Hon. Laura Taylor Swain
United States District Court          <u>MEMO ENDORSED</u>
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Andrew Eliopoulos
19 Cr. 651 (LTS)

Your Honor:

I write to request that the Court approve a temporary modification of Andrew Eliopoulos' bond, so that he may travel to Florida from August 15, 2021 to August 20, 2021 to celebrate his engagement to be married. If permitted to go, he will provide his pretrial officer with the details of his trip including where he will stay.

Neither the government, by Samuel Rothschild, Esq., nor Mr. Eliopoulos' Pretrial Officer Dominique Jackson takes a position on this request. Officer Jackson confirmed that Mr. Eliopoulos has been compliant with his pretrial conditions.

As there is no objection to this application, I request that the Court permit Mr. Eliopoulos to travel to Florida August 15, 2021 and return to New York on August 20, 2021.

The foregoing request is granted. Mr.
Eliopoulos is to provide his pretrial
officer with the details of his trip,
including his accommodations, no          Respectfully,
fewer than seven days before
departure. DE 752 resolved.               *Lisa Scolari*

                                          Lisa Scolari

SO ORDERED:

7/15/2021

/s/ Laura Taylor Swain
Hon. Laura Taylor Swain