LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                            FAX (212) 964-2926

September 24, 2021

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street                                                                     **MEMO ENDORSED**
New York, N.Y. 10007
*via ECF*

Re: United States v. Constantinuescu, et. al.
19 Cr. 651 (LTS)

Your Honor:

     The parties have agreed that Andrew Eliopoulos will appear before the Court to enter a plea on October 20, 2021. Since Mr. Eliopoulos will be pleading guilty on that date, I request that the Court excuse him from appearing at the October 14, 2021 conference.
     The government, by Samuel Rothschild, Esq., consents to this request. The time between now and October 20, 2021 should be excluded from speedy trial calculations as it is needed for the scheduling of a guilty plea.

                            Respectfully,

                            *Lisa Scolari*

                            Lisa Scolari

SO ORDERED:

The foregoing requests are granted. Mr. Eliopoulos' change of plea proceeding is hereby scheduled for October 20, 2021 at 3:30pm. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 20, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Dkt entry nos. 842 and 847 resolved. SO ORDERED.
9/27/2021
/s/ Laura Taylor Swain, Chief USDJ

_____
HON. LAURA TAYLOR SWAIN