**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                          FAX (212) 964-2926

March 10, 2022

Hon. Chief Judge Laura Taylor Swain           **MEMO ENDORSED**
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Andrew Eliopoulous, et. al.
19 Cr. 651 (LTS)

Your Honor:

       I write to request an adjournment of Mr. Eliopoulous' sentencing, currently scheduled for March 30, 2022, to a date at the end of June, 2022..
       The government, by Samuel Rothschild, Esq., consents to this request.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The foregoing adjournment request is granted. The sentencing hearing is hereby rescheduled for June 14, 2022, at 2:30p.m. Dkt. No. 1024 resolved.
   SO ORDERED:

/s/ Laura Taylor Swain 3/10/2022
_____
HON. LAURA TAYLOR SWAIN