LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

November 16, 2022

Hon. Laura Taylor Swain
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
via ECF

**<u>MEMO-ENDORSED</u>**

Re: United States v. Andrew Eliopoulos,
19 Cr. 651 (LTS)

Your Honor:

    Please accept this belated request that the Court recommend to the Bureau of Prisons that

Mr. Eliopoulos be designated to either Lewisburg or Schuylkill Camp.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The Court will make the recommended designations in the judgment and conviction.  Dkt. no. 1285 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief UDSJ, 11/17/2022