LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

February 7, 2023

Hon. Laura Taylor Swain
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: United States v. Andrew Eliopoulos,
19 Cr. 651(LTS)

Your Honor:

     I write to revise my application for an extension of Andrew Eliopoulos' surrender date which is currently set for February 9, 2023. Instead of asking for a month extension we are requesting a week extension to February 16, 2023. Mr. Eliopoulos has just received his designation this afternoon and would like the extra week to prepare to surrender. He was mistakenly told by his pretrial officer today, that since the designation had not yet been made, he would not be designated for at least two weeks. In addition he and his wife have learned that she is pregnant with their first child and he would like to accompany her to her doctor's appointment which falls on his current designation date.
     The government, by Sam Rothschild, Esq., has not objection to this application.

The foregoing request is granted.  Mr. Eliopoulos is directed to surrender by 12:00 p.m. (noon) on February 16, 2023.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

/s/ Laura Taylor Swain
_____
HON. LAURA TAYLOR SWAIN