LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

March 2, 2023

Hon. Laura Taylor Swain              **MEMO ENDORSED**
United States District Court
Southern District of New York
New York, New York 10007
via ECF

**Re: United States v. Andrew Eliopoulos**,
19 Cr. 651 (LTS)

Your Honor:

Andrew Eliopoulos surrendered to begin serving his sentence on February 16, 2023.

I write to request that the Court direct pretrial to release Mr. Eliopoulos' passport so that I may retrieve it.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The foregoing request is granted.  Dkt. no. 1385 resolved.
SO ORDERED:

_____ 3/2/2023
HON. LAURA TAYLOR SWAIN