UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                          No.  19-cr-651-LTS-07

ANDREW ELIOPOULOS,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received a pro se motion from Mr. Eliopoulos seeking compassionate release pursuant to 18 U.S.C. section 3582(c)(1)(A).  (Docket entry no. 1472.)  The Government is directed to respond indicating its position, and the position of the Probation Department, regarding Mr. Eliopoulos's request by **September 15, 2023**.  Mr. Eliopoulos is directed to file any reply in support of his motion by **September 29, 2023**.

Chambers will mail a copy of this order to Mr. Eliopoulos at the address below.

    SO ORDERED.

Dated: New York, New York
       September 1, 2023

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge

Mailed to:

Andrew Eliopoulos
87282-054
Fairton FCI
P.O. Box 420
Fairton, NJ 08320