UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                         No.  19-cr-651-LTS-07

ANDREW ELIOPOULOS,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a motion from Mr. Eliopoulos, filed pro se, seeking compassionate release pursuant to 18 U.S.C. section 3582(c)(1)(A).  (Docket entry no. 1512.) The Government is directed to respond indicating its position, and the position of the Probation Department, regarding Mr. Eliopoulos's request by **March 26, 2024**.  Mr. Eliopoulos is directed to file any reply in support of his motion by **April 9, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Eliopoulos at the address below.

SO ORDERED.

Dated: New York, New York
          March 12, 2024

                                                                        /s/ Laura Taylor Swain
                                                                       LAURA TAYLOR SWAIN
                                                                       Chief United States District Judge

Mailed to:

Andrew Eliopoulos
151-26 20th Ave
Whitestone, NY 11357