UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                No.  19-cr-651-LTS-07

ANDREW ELIOPOULOS,

       Defendant.

-------------------------------------------------------x

ORDER

On April 28, 2023, the Court ordered that the sealed materials in the above-

captioned case be maintained under seal until November 1, 2024.  Because the parties have

indicated that sealing is no longer required in this case, the Clerk of Court is respectfully directed

to unseal all documents in the above-captioned case pertaining to defendant Andrew Eliopoulos.


     SO ORDERED.

Dated: New York, New York
      January 2, 2025

                       /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                       Chief United States District Judge